# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 24-3464

———————————————

United States of America

*Plaintiff - Appellee*

v.

Joshua Brent Williams

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Western District of Missouri - Joplin

——————————

Submitted: May 7, 2025
Filed: May 12, 2025
[Unpublished]

——————————

Before BENTON, ERICKSON, and KOBES, Circuit Judges.

——————————

PER CURIAM.

Joshua Williams appeals the sentence the district court[1] imposed after he pled guilty to child pornography and firearm offenses pursuant to a written plea agreement

———————————————

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.

containing an appeal waiver. His counsel has moved for leave to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), challenging the reasonableness of the sentence.

Upon careful review, we conclude the appeal waiver is valid, enforceable, and applicable to the issue raised in this appeal. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if appeal falls within scope of waiver, defendant knowingly and voluntarily entered into waiver and plea agreement, and enforcing waiver would not result in miscarriage of justice).

We have independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal falling outside the scope of the appeal waiver. Accordingly, we grant counsel leave to withdraw and dismiss the appeal based on the appeal waiver.

_____